## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 409 MAL 2020

          Respondent                  :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

          v.                              :

                                         :

DAVID VENSON,                          :

                                         :

          Petitioner                    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.